UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JERRY PEREZ, *et al*.

                          Plaintiffs,

                                                         Lead Case
          -against-                              9:08-CV-1031 (LEK/RFT)

NEW YORK DEPARTMENT OF
CORRECTIONAL SERVICES, *et al.*,                  Member Cases
                                              9:08-CV- 1050 (LEK/RFT)
                          Defendants.          9:08-CV-1059 (LEK/RFT)
                                              9:08-CV-1117 (LEK/RFT)
                                              9:08-CV-1181 (LEK/RFT)
                                              9:08-CV-1192 (LEK/RFT)
                                              9:08-CV-1266 (LEK/RFT)
                                              9:08-CV-1268 (LEK/RFT)
                                              9:08-CV-1316 (LEK/RFT)
                                              9:09-CV-0015 (LEK/RFT)
                                              9:09-CV-0096 (LEK/RFT)
                                              9:09-CV-0217 (LEK/RFT)
                                              9:09-CV-0317 (LEK/RFT)

_____

## DECISION AND ORDER

          This matter comes before the Court following a Report-Recommendation filed on

March 17, 2010 by the Honorable Randolph F. Treece, United States Magistrate Judge,

pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-

Rec. (Dkt. No. 99).  After ten days from the service thereof, the Clerk has sent the entire file

to the undersigned, including Plaintiff Kevin Gentle's Objections, (Dkt. No. 100)

("Objections"), which were filed on March 26, 2010.[1]

_____

          [1]No objections have been raised in the allotted time by any other Plaintiff with respect to
Judge Treece's Report-Recommendation.  The Court received a Response (Dkt. No. 101) from
Plaintiff Edwin Taveras on March 29, 2010 informing the Court he had no objections to the Report-
Recommendation.

1

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. Where, however, an objecting "'party makes only conclusory or general objections, or simply reiterates his original arguments, the Court reviews the Report and Recommendation only for clear error.'" Farid v. Bouey, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008) (quoting McAllan v. Von Essen, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007) (citations and quotations omitted)).

This Court has considered the Objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

ORDERED, that the Report-Recommendation (Dkt. No. 99) is APPROVED and ADOPTED in its ENTIRETY; and it is further

ORDERED, that Defendants' Motion to dismiss each of the Plaintiff's respective Complaints is GRANTED; and it is further

ORDERED, that the Clerk serve a copy of this Order on all parties.

IT IS SO ORDERED.


DATED:       March 31, 2010
             Albany, New York

Lawrence E. Kahn
U.S. District Judge